NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>$41,327.00 IN U.S. CURRENCY,<br><br>       Defendant. | No.  2:20-CV-00123<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>21 U.S.C. § 881(a)(6)<br><br>[FBI] |

     Plaintiff United States of America brings this claim against the defendant $41,327.00 in U.S. Currency, and alleges as follows:

### JURISDICTION AND VENUE

     1.   This is an *in rem* civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

     2.   This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant in this action is $41,327.00 in U.S. Currency (the "defendant currency") seized on August 19, 2019, from an automobile registered to Xiaowen Wujia ("Xiaowen") and an apartment occupied by Caoxu Wujia ("Wujia") and Chunhong Hu ("Hu") in Alhambra, California (the "Alhambra residence").

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Xiaowen, Wujia and Hu may be adversely affected by these proceedings.

## FACTS SUPPORTING FORFEITURE

8. On August 19, 2019, federal task force officers were conducting surveillance at the Alhambra residence and observed Wujia exit the Alhambra residence carrying a black bag. Wujia approached an automobile that was parked directly in front of the Alhambra residence.

9. Officers approached Wujia and explained the nature of their investigation. Wujia stated that he was willing to cooperate and verbally consented to the search of the black bag he was carrying. Wujia then read and signed a written consent to search the automobile, the Alhambra residence and his personal property.

10. Inside the black bag that Wujia had carried with him out of the Alhambra residence, officers found a wallet containing 73 one

dollar bills (a portion of the defendant currency) and four large bundles of U.S. Currency, three of which were secured with paper money tags reading "$10,000." The fourth bundle was secured with a rubber band. The four bundles of currency were later counted and were found to be $40,000.00, consisting of 400 one hundred dollar bills (the bulk of the defendant currency).

11. During the search of the automobile, officers found 194 one dollar bills inside the center console (also a portion of the defendant currency) and 53 Visa gift cards.

12. In one of the bedrooms of the Alhambra residence, officers found a wallet inside a black duffel bag. The wallet contained identification belonging to Wujia and $1,060.00 in U.S. currency, consisting of 10 one hundred dollar bills and three twenty dollar bills (the balance of the defendant currency).

Interview of Hu

13. Officers interviewed Hu who spoke Mandarin and communicated through an interpreter. Hu identified herself as Wujia's girlfriend and explained that she and Wujia had recently moved to the Alhambra residence together. Hu told officers that she was unaware of the money found in the duffle bag in the bedroom and had never seen it before. Hu signed a disclaimer of ownership form.

Interview of Wujia

14. Wujia stated that he did not reside at the Alhambra residence but was there to visit his girlfriend, Hu. Wujia stated that the currency officers had found belonged to him, and that he had received it from his father Xiaowen, who lives in Alhambra. Wujia was unable to provide a telephone number or address for his father and could not explain how his father came into possession of the

currency. Officers asked if they could speak to Xiaowen to verify that Xiaowen had given Wujia the currency but Wujia was unable to provide any contact information for his father Xiaowen.

15. Wujia stated that the stack of one dollar bills found in the center console of the automobile were bills he planned to use on his frequent visits to gentlemen's clubs.

## CLAIM FOR RELIEF

16. Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotic trafficking or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq. The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

//
//
//
//
//
//
//
//

1    (d)  for such other and further relief as this Court may deem
2 just and proper, together with the costs and disbursements of this
3 action.

4 DATED: January 6, 2020            NICOLA T. HANNA
                                    United States Attorney
5                                   BRANDON D. FOX
                                    Assistant United States Attorney
6                                   Chief, Criminal Division
                                    STEVEN R. WELK
7                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Division
8

9                                      /s/ *Brent A. Whittlesey*___
                                    BRENT A. WHITTLESEY
10                                  Assistant United States Attorney
                                    Asset Forfeiture Section
11
                                    Attorneys for Plaintiff
12                                  UNITED STATES OF AMERICA

VERIFICATION

I, David Ricker, hereby declare that:

1. I am a Special Agent of the Federal Bureau of Investigation.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Verified Complaint for Forfeiture is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2020 in Colton, California.

_____
DAVID RICKER
Special Agent
Federal Bureau of Investigation